[No. 45052-2-I.   Division One.   June 5, 2000.]

DARLENE LANDRY, *Appellant*, v. JUNE MCCULLOUGH, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-06975-7, Larry E. McKeeman, J., entered July 23, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 43866-2-I.   Division One.   June 5, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER
MAURICE BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-07392-2, Marsha J. Pechman, J., entered December 21, 1998. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid, C.J., and Cox, J.

[No. 45243-6-I.   Division One.   June 5, 2000.]

ALBERT FRANK, ET AL., *Appellants*, v. LAW OFFICES OF CLINTON
FLECK, P.S., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-03597-7, Donald D. Haley, J., entered August 20, 1999. *Affirmed* by unpublished per curiam opinion.